PROB 12C
(6/16)

Report Date: June 6, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 06, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ignacio Santillan-Meza                Case Number: 0980 2:17CR00027-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: April 5, 2017

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § U.S.C. 1326

Original Sentence:       Prison - 366 days                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Matthew F. Duggan                Date Supervision Commenced: December 18, 2017

Defense Attorney:        Federal Defender's Office        Date Supervision Expires: December 17, 2020

---

**PETITIONING THE COURT**

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On May 28, 2019, a complaint was filed in the Southern District of California, charging the offender with Attempted Entry After Deportation, in violation of 8 U.S.C. § 1326.<br><br>On May 25, 2019, within the Southern District of California, the offender, an alien who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States at the San Ysidro, California, Port of Entry.<br><br>The offender presented a United States passport after applying for admission into the United States From Mexico.  After a more thorough inspection by a United States Customs and Border Protection agent, it was confirmed that the offender was not the lawful owner of the passport presented during the primary inspection.<br><br>The offender's fingerprints were obtained revealing his true identity, and records showed the offender was last removed from the United States to Mexico on or about December 20, 2017, via San Ysidro, California. |

Prob12C
**Re: Santillan-Meza, Ignacio**
**June 6, 2019**
**Page 2**

On April 5, 2017, the offender was sentenced in the Eastern District of Washington after pleading guilty to alien in the United States after deportation. He was made aware at sentencing he was prohibited from returning to the United States without advance permission from the United States Attorney General. He was also made aware he was not to commit another federal, state or local crime.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/06/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

 6/6/2019
Date